UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO.   8:12-CV-145-T-EAJ            DATE    February 28, 2012

TITLE         Direct Mail Holding, LLC, et al. v. June Busch, et al.

TIME   10:03 - 12:40            TOTAL

Honorable ELIZABETH JENKINS            Deputy Clerk     Cathy Morgan

Court Reporter  Sherrill Jackson            Courtroom 11A

| Attorney for Plaintiff | Attorney for Defendant: | Defendant(s): |
|---|---|---|
| Andrew Froman, Esq. | David Knight, Esq. | |
| Cameron Shilling, Esq. | Laura Tibbals, Esq. | |

**PROCEEDINGS:**

**PRELIMINARY JUNCTION HEARING**

Plaintiff responds to Defendant's objection to the filing of an affidavit yesterday. Defendant responds. Plaintiff argues in favor of its motion for preliminary injunction. Defendant argues against said motion. Plaintiff gives brief rebuttal. Parties stipulated the following exhibits be admitted. Exhibits 1, 2, 13, 15, 25, 26, 27, and 28, Exhibits admitted. Plaintiff withdraws Exhibits 16, 17, 18, 19, 20, 21, 22, 23, 24, 29, and 30. Defendant objects to the following Exhibits being admitted Exhibits 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12. Defendants Exhibits 1 through 19 are admitted with no objection from Plaintiff. Parties discuss the amount of the bond. Court takes this matter under advisement and will issue a written report and recommendation.