**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DIRECT MAIL HOLDING, LLC, et al.,**

**Plaintiffs,**

**vs.** **Case No.: 8:12-CV-145-T-30EAJ**

**JUNE BUSH, et al.,**

**Defendants.**
______________________________________/

# ORDER

Before the court is Defendants' **Motion to Strike Declaration of John A. Rodewald** (Dkt. 29). For the reasons stated at the hearing on February 28, 2012, it is **ORDERED** and **ADJUDGED** that:

(1) Defendants' **Motion to Strike** (Dkt. 29) is **GRANTED**.

(2) The Clerk shall strike the declaration of John A. Rodewald and the accompanying exhibits (Dkt. 27).

(3) The Clerk shall also strike the supplemental materials filed by Defendants (Dkts. 30-32).

**DONE** and **ORDERED** in Tampa, Florida on this 8th day of March, 2012.

ELIZABETH A JENKINS
United States Magistrate Judge