FILED

2012 MAR -9 AM 10:29

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

# NOTIFICATION OF EXHIBITS TO DOCKET CLERKS

CASE NUMBER: 8:12-CV-145-T-30EAJ

CASE STYLE: Direct Mail Holding, LLC, et al v. June Bush, et al.

X (USA/PLA) Exhibits    X (DEFT) Exhibits

____ (JOINT) Exhibits    ____ (COURT) Exhibits

DEFENDANT(S) NAME(S) :__
(Criminal Cases Only)

DATE EXHIBITS PLACED IN EXHIBIT ROOM : March 9, 2012

TYPE OF HEARING: ____ Motion Hearing   X Evidentiary Hearing

____ Change of Plea   ____ Sentencing

____ Jury Trial   ____ Bench Trial

____ Other

NUMBER OF FOLDERS : 2   NUMBER OF BOXES : ____

COURTROOM DEPUTY MAKING DEPOSIT : Cathy Morgan

**Note to docket clerks: Please track the disposition of this case. As you know, 61 days after the case closes, postcards should be sent to counsel asking them to arrange for pickup of their exhibits. 40 days after mailing the postcards, you will destroy exhibits not picked up and will complete the Clerk's Certificate of Destruction. Also, please remember to make notations on the docket reflecting the actions you have taken. Finally, note on the Exhibit Log the date you return or destroy exhibits.**