**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DIRECT MAIL HOLDING, LLC, et al.,

    Plaintiffs,

v.                                                    Case No.  8:12-cv-145-T-30EAJ

JUNE BUSH, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court has been advised by Attorneys Cameron Shilling and Lara J. Tibbals that the above-styled action has been settled in its entirety.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on May 3, 2012.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-145.dismissal.wpd